DocuSign Envelope ID: B5B91A3A-B8CA-45E1-B68E-9CC33025341A

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KELSI FAHRNI, deceased, through her Co-Successors in Interest TIFFANY FAHRNI and DOUG FAHRNI; TIFFANY FAHRNI, individually; and DOUG FAHRNI, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, a public entity; and DOES 1–50, jointly and severally,<br><br>Defendants. | Case No.<br><br>**CO-SUCCESSOR IN INTEREST DECLARATION OF DOUG FAHRNI**<br>**(Cal. Code. Civ. Proc. §§ 377.11 *et seq.*)** |

CO-SUCCESSOR IN INT. DECL. DOUG FAHRNI
*Fahrni, et al. v. County of Tulare, et al.*
Case No.

DocuSign Envelope ID: B5B91A3A-B8CA-45E1-B68E-9CC33025341A

# DECLARATION OF CO-SUCCESSOR IN INTEREST

STATE OF CALIFORNIA )

COUNTY OF TULARE )

I, DOUG FAHRNI, attest and declare as follows:

1. I am the father of KELSI FAHRNI ("Decedent"), who died on August 12, 2022, in the City of Visalia, County of Tulare, California.
2. No proceeding is now pending in California for administration of Decedent's estate.
3. I am Decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) along with KELSI FAHRNI's mother, TIFFANY FAHRNI. We all succeed to KELSI FAHRNI's interest in this action.
4. No other person has a superior right to commence the action or proceeding or to be substituted for Decedent in the pending action.
5. A copy of Decedent's death certificate is attached to this declaration as **EXHIBIT A**.
6. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing information is true and correct.

Dated: 8/14/2023    By: _____

DOUG FAHRNI

DocuSign Envelope ID: B5B91A3A-B8CA-45E1-B68E-9CC33025341A

# EXHIBIT A

DocuSign Envelope ID: B5B91A3A-B8CA-45E1-B68E-9CC33025341A

# COUNTY OF TULARE

**TULARE, CALIFORNIA**

OFFICE OF VITAL RECORDS
CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052022194678
LOCAL REGISTRATION NUMBER: 3202254002222

### DECEDENT'S PERSONAL DATA

| # | Field | Value |
|---|---|---|
| 1 | NAME OF DECEDENT—FIRST (Given) | KELSI |
| 2 | MIDDLE | - |
| 3 | LAST (Family) | FAHRNI |
| | AKA - ALSO KNOWN AS | - |
| 4 | DATE OF BIRTH mm/dd/ccyy | 08/24/1992 |
| 5 | AGE Yrs | 29 |
| 6 | SEX | F |
| 7 | DATE OF DEATH mm/dd/ccyy | 08/12/2022 FND |
| 8 | HOUR (24 Hours) | 1508 |
| 9 | BIRTH STATE/FOREIGN COUNTRY | CA |
| 10 | SOCIAL SECURITY NUMBER | 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 |
| 11 | EVER IN U.S. ARMED FORCES? | NO (X) |
| 12 | MARITAL STATUS/SRDP (at Time of Death) | NEVER MARRIED |
| 13 | EDUCATION — Highest Level/Degree | SOME COLLEGE |
| 14/15 | WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO (X) |
| 16 | DECEDENT'S RACE | WHITE |
| 17 | USUAL OCCUPATION | ATTENDANT |
| 18 | KIND OF BUSINESS OR INDUSTRY | MOVIE THEATER |
| 19 | YEARS IN OCCUPATION | 1 |

### USUAL RESIDENCE

| # | Field | Value |
|---|---|---|
| 20 | DECEDENT'S RESIDENCE | 1308 N DUNWORTH CT |
| 21 | CITY | VISALIA |
| 22 | COUNTY/PROVINCE | TULARE |
| 23 | ZIP CODE | 93292 |
| 24 | YEARS IN COUNTY | 29 |
| 25 | STATE/FOREIGN COUNTRY | CA |
| 26 | INFORMANT'S NAME, RELATIONSHIP | TIFFANY FAHRNI, MOTHER |
| 27 | INFORMANT'S MAILING ADDRESS | 1308 N DUNWORTH CT, VISALIA, CA 93292 |

### SPOUSE/SRDP AND PARENT INFORMATION

| # | Field | Value |
|---|---|---|
| 28 | NAME OF SURVIVING SPOUSE/SRDP—FIRST | - |
| 29 | MIDDLE | - |
| 30 | LAST (BIRTH NAME) | - |
| 31 | NAME OF FATHER/PARENT—FIRST | DOUG |
| 32 | MIDDLE | - |
| 33 | LAST | FAHRNI |
| 34 | BIRTH STATE | CA |
| 35 | NAME OF MOTHER/PARENT—FIRST | TIFFANY |
| 36 | MIDDLE | - |
| 37 | LAST (BIRTH NAME) | NASH |
| 38 | BIRTH STATE | CA |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| # | Field | Value |
|---|---|---|
| 39 | DISPOSITION DATE mm/dd/ccyy | 08/24/2022 |
| 40 | PLACE OF FINAL DISPOSITION | RES-TIFFANY FAHRNI, 1308 N DUNWORTH CT, VISALIA, CA 93292 |
| 41 | TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42 | SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43 | LICENSE NUMBER | - |
| 44 | NAME OF FUNERAL ESTABLISHMENT | STERLING & SMITH FUNERAL HOME |
| 45 | LICENSE NUMBER | FD2106 |
| 46 | SIGNATURE OF LOCAL REGISTRAR | KAREN HAUGHT MD |
| 47 | DATE mm/dd/ccyy | 08/23/2022 |

### PLACE OF DEATH

| # | Field | Value |
|---|---|---|
| 101 | PLACE OF DEATH | ADULT PRE-TRIAL FACILITY - FND |
| 102 | IF HOSPITAL, SPECIFY ONE | - |
| 103 | IF OTHER THAN HOSPITAL, SPECIFY ONE | Other (X) |
| 104 | COUNTY | TULARE |
| 105 | FACILITY ADDRESS OR LOCATION WHERE FOUND | 36650 ROAD 112 |
| 106 | CITY | VISALIA |

### CAUSE OF DEATH

| # | Field | Value |
|---|---|---|
| 107 | CAUSE OF DEATH - IMMEDIATE CAUSE (A) | HANGING |
| | Time Interval | MINS |
| 108 | DEATH REPORTED TO CORONER? | YES (X) |
| | CORONER NUMBER | 22-0976 |
| | (B) | - |
| 109 | BIOPSY PERFORMED? | NO (X) |
| | (C) UNDERLYING CAUSE | - |
| 110 | AUTOPSY PERFORMED? | YES (X) |
| | (D) | - |
| 111 | USED IN DETERMINING CAUSE? | YES (X) |
| 112 | OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | NONE |
| 113 | WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A | IF FEMALE, PREGNANT IN LAST YEAR? | NO (X) |

### PHYSICIAN'S CERTIFICATION

| # | Field | Value |
|---|---|---|
| 114 | I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE... | - |
| 115 | SIGNATURE AND TITLE OF CERTIFIER | - |
| 116 | LICENSE NUMBER | - |
| 117 | DATE mm/dd/ccyy | - |
| 118 | TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | - |

### CORONER'S USE ONLY

| # | Field | Value |
|---|---|---|
| 119 | MANNER OF DEATH | Suicide (X) |
| 120 | INJURED AT WORK? | NO (X) |
| 121 | INJURY DATE mm/dd/ccyy | 08/12/2022 |
| 122 | HOUR (24 Hours) | 1438 EST |
| 123 | PLACE OF INJURY | OTHER: ADULT PRE-TRIAL FACILITY |
| 124 | DESCRIBE HOW INJURY OCCURRED | THE DECEDENT TOOK HER OWN LIFE BY LIGATURE HANGING. |
| 125 | LOCATION OF INJURY | ADULT PRE-TRIAL FACILITY, 36650 ROAD 112, VISALIA, CA 93291 |
| 126 | SIGNATURE OF CORONER / DEPUTY CORONER | K ZANINOVICH |
| 127 | DATE mm/dd/ccyy | 08/23/2022 |
| 128 | TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | K ZANINOVICH, DEP CORONER |

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF TULARE

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL STATISTICS OFFICE, COUNTY OF TULARE HEALTH AND HUMAN SERVICE AGENCY.

DATE ISSUED: AUG 29 2022

Karen Haught
Karen Haught, M.D., M.P.H., Tulare County Health Officer
Registrar of Vital Statistics

*000428101*

This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE