# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al., | Case No. 1:23-cv-01265-ADA-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME FOR ANTHONY CEJA TO RESPOND TO COMPLAINT |
| v. | |
| COUNTY OF TULARE, et al., | (ECF No. 15) |
| Defendants. | DEADLINE:  OCTOBER 27, 2023 |

On October 3, 2023, a stipulation was filed to extend time for Anthony Ceja, MFT[1] to respond to the complaint by thirty days.  The parties are advised that pursuant to the Local Rules of the Eastern District of California, an initial extension of time to respond to the compliant that does not exceed twenty-eight days does not need to be approved by the Court.  L.R. 144(a). Since the requested extension of time here was for thirty days, it does require court approval and the parties should have submitted a proposed order.  <u>See</u> L.R. 143(b).  In the future, the parties shall submit a proposed order when filing a stipulation that requires court approval.

The stipulation filed by the parties on October 3, 3023 states that Defendant, Anthony Ceja, MFT was served with the complaint on or about September 7, 2023, and believes the deadline to respond to the complaint was September 28, 2023.  (ECF No. 15.)  The parties agree

---

[1] Attorneys for Defendant assert Defendant, "Anthony Ceja, MFT" was erroneously sued and served as "Anthony Ceja, AMFT."  (ECF No. 15.)  The Court shall herein refer to the Defendant as Anthony Ceja, MFT.

to extend the time for Defendant, Anthony Ceja, MFT to respond to the Complaint for thirty (30) days until October 27, 2023. (ECF No. 15.)

Based on the stipulation of the parties, IT IS HEREBY ORDERED that Anthony Ceja, MFT shall file a pleading responsive to the complaint on or before **October 27, 2023**.

IT IS SO ORDERED.

Dated: **October 4, 2023**

UNITED STATES MAGISTRATE JUDGE