# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al., | Case No. 1:23-cv-01265-KES-SAB |
| Plaintiffs, | ORDER RE STIPULATION GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| COUNTY OF TULARE, et al., | (ECF No. 27) |
| Defendants. | **FIVE DAY DEADLINE** |

Plaintiffs filed this action on August 23, 2023. (ECF No. 1.) On December 4, 2023, the Court issued a scheduling order which states that any stipulations requesting leave to amend the pleadings must be filed by no later than March 15, 2024. (ECF No. 25 at 2.) On March 14, 2024, the parties filed a stipulation requesting the Court grant leave to allow Plaintiff to file an amended complaint. (ECF No. 27.) The parties submit that the instant stipulation requesting leave to amend the complaint is in compliance with the existing scheduling order.

Based on the parties' stipulated agreement and given the fact the deadline to amend has not expired, the Court finds good cause exists to grant leave for Plaintiffs to file an amended complaint.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file a first amended complaint;
2. Plaintiffs shall file a first amended complaint **within five (5) days** of entry of this order; and
3. Defendants' responsive pleading, if necessary, shall be filed **within fourteen (14) days** after the first amended complaint is filed.

IT IS SO ORDERED.

Dated:   **March 15, 2024**

UNITED STATES MAGISTRATE JUDGE