1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al., | Case No.  1:23-cv-01265-KES-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF TULARE, et al., | (ECF No. 31) |
| Defendants. | |

Plaintiffs filed this action on August 23, 2023.  (ECF No. 1.)  On March 15, 2024, the Court granted Plaintiffs leave to file an amended complaint based upon the stipulation of the parties.  (ECF No. 29.)  The Court ordered that Defendants file a response within fourteen days after Plaintiffs filed the first amended complaint.  On March 15, 2024, Plaintiffs filed a first amended complaint. (ECF No. 30.)  Defendants' responsive pleading is currently due on March 29, 2024.

On March 27, 2024, the parties filed a stipulation to extend the deadline for Defendants to file a responsive pleading.  (ECF No. 31.)  The parties proffer that Defendant County of Tulare employs two of the three Doe defendants named in the first amended complaint and the County must vote to allow existing counsel for the County to represent the Doe defendants.  (Id. at 2.)  However, the next time the Tulare County Board of Supervisors meets to address this issue will be April 2, 2024, after the current responsive pleading deadline.  The parties therefore

1  stipulate that Defendants, including the new Doe defendants, may file their proposed responsive

2  pleading by April 8, 2024.  The Court finds good cause exists to grant the stipulated extension.

3       Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS

4  HEREBY ORDERED that Defendants shall have up to and including **April 8, 2024** to file their

5  responsive pleadings to the first amended complaint.

6

7  IT IS SO ORDERED.

8  Dated:   **March 28, 2024**

                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28