# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et a., | Case No. 1:23-cv-01265-KES-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS WELLPATH, LLC AND ALLA LIBERSTEIN, M.D., TO FILE RESPONSE TO FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF TULARE, et al., | |
| Defendants. | (ECF No. 41) |
| | DEADLINE: JUNE 21, 2024 |

On March 15, 2024, Plaintiffs filed a first amended complaint in this matter. (ECF No. 29.) On May 10, 2024, a stipulation was filed to extend time for Defendants Wellpath, LLC and Alla Liberstein, M.D., to file a responsive pleading. (ECF No. 40.)

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1. Defendants Wellpath, LLC, and Alla Liberstein, M.D., shall file their response to Plaintiffs' first amended complaint **on or before June 21, 2024**;

///

///

///

///

1

2. In the event Defendants Wellpath, LLC and/or Alla Liberstein M.D. file a motion to dismiss, the deadline for Plaintiffs to file their response shall be **thirty-nine (39) days** from the filing of the motion to dismiss.

IT IS SO ORDERED.

Dated:   **May 13, 2024**

UNITED STATES MAGISTRATE JUDGE