1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et a., | Case No.  1:23-cv-01265-KES-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| COUNTY OF TULARE, et al., | (ECF No. 44) |
| Defendants. | |

A scheduling order for this matter issued on December 5, 2023.  (ECF No. 25.)  The scheduling order contains the following dates and deadlines: nonexpert discovery deadline: September 13, 2024; expert disclosure deadline: November 1, 2024; supplemental expert disclosure deadline: December 13, 2024; expert discovery deadline: March 25, 2025; and dispositive motion deadline: April 14, 2025. [1] (Id.)

On March 14, 2024, the parties filed a timely stipulation agreeing to allow Plaintiff leave to file a first amended complaint to name additional individual defendants.  (ECF No. 27.) Finding good cause, the Court granted the parties' stipulation on March 15, 2024.  (ECF No. 28.) On March 15, 2024, Plaintiffs filed an amended complaint.  (ECF No. 29.)  On June 21, 2024, the newly added Defendants filed their answers.  (ECF Nos. 43.)

---

[1] Due to no district judge being assigned to the case at the time of the scheduling conference, no pretrial conference date nor trial date was set, despite the parties' proposed July 21, 2025  pretrial conference date and September 8, 2025 trial date. (ECF No. 19.)  The Court shall set dates in the instant order in accordance with the recently assigned District Judge's availability.

1

1    On July 11, 2024, the parties filed the instant stipulated motion to modify the scheduling

2  order to allow all parties additional time to conduct non-expert discovery.  (ECF No. 44 at 3-4.)

3  The parties contend the existing dates will not give the parties sufficient time to finish discovery,

4  given the current September 13, 2024 deadline.  (Id. at 3.)  The parties therefore request an

5  approximate five month extension to complete non-expert discovery and an identical extension

6  for all successive deadlines.  (Id. at 4.)  The Court finds good cause to grant the parties'

7  stipulated motion.  The Court shall also set dates for the pretrial conference and trial.

8    Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS

9  HEREBY ORDERED that:

10    1.    The  stipulation to modify the scheduling order (ECF No. 44) is GRANTED.  The

11       scheduling order is therefore modified as follows:

12       a.    Nonexpert Discovery Deadline: **February 10, 2025**;

13       b.    Expert Disclosure Deadline: **March 31, 2025**;

14       c.    Supplemental Expert Disclosure Deadline: **May 12, 2025**;

15       d.    Expert Discovery Deadline: **August 22, 2025**; and

16       e.    Dispositive Motion Deadline: **September 11, 2025**;

17    2.    The Court shall set the following dates for the pretrial conference and trial:

18       a.    Pretrial Conference: **January 5, 2026,** at **1:30 p.m.,** in **Courtroom 6**,

19          before District Judge Kirk E. Sherriff; and

20       b.    Trial: **March 3, 2026**, at **9:00 a.m.**, in **Courtroom 6**, before District Judge

21          Kirk E. Sherriff.

22    3.    All other aspects of the scheduling order shall remain in effect.

23

24  IT IS SO ORDERED.

25  Dated:   **July 12, 2024**

       _____
       UNITED STATES MAGISTRATE JUDGE

26

27

28

2