# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al., | Case No. 1:23-cv-01265-KES-SAB |
| Plaintiffs, | ORDER SETTING STATUS CONFERENCE FOR FEBRUARY 12, 2025 |
| v. | (ECF No. 51) |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

On February 5, 2025, the parties—including Defendant Wellpath, LLC—filed a stipulation to modify the scheduling order, which the Court construes as a motion to stay the entire action against all Defendants until the bankruptcy proceeding has concluded. (ECF No. 54.) The Court shall order that all parties appear for a status conference to discuss the stipulation and status of the bankruptcy action. Given the proceedings in this matter against Defendant Wellpath, LLC have been stayed pursuant to 11 U.S.C. § 362, counsel for Wellpath, LLC need not attend but may attend if they choose.

Accordingly, IT IS HEREBY ORDERED that the parties appear for a status conference on **February 12, 2025, at 9:00 a.m. via videoconference**.

IT IS SO ORDERED.

Dated: **February 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1