# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>COUNTY OF TULARE, et al.,<br><br>       Defendants. | Case No.  1:23-cv-01265-KES-SAB<br><br>ORDER GRANTING KENDRA N. STARK'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 61) |

The Court has read and considered the application of Kendra N. Stark, attorney for Defendants Wellpath, LLC and Alla Liberstein, M.D., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.[1] Having reviewed the application, Kendra N. Stark's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court notes that although not listed in the current application, on this same date, counsel filed a *pro hac vice* application in Estate of Derek Valentine v, County of Merced., No. 1:23-cv-01697-JLT-SAB (E.D. Cal.).  In that application, Counsel provided a list of three additional cases where she has filed pending *pro hac vice* applications.

1