# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al., | Case No. 1:23-cv-01265-KES-SAB |
| Plaintiffs, | ORDER REQUESTING STATUS OF DEFENDANT WELLPATH, LLC |
| v. | **JUNE 13, 2025 DEADLINE** |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

On November 15, 2024, Defendant Wellpath, LLC ("Wellpath") filed a suggestion of bankruptcy and notice of stay indicating that on November 11, 2024, Wellpath filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) for relief under chapter 11 of the United States Bankruptcy Code. (ECF No. 46.)

On November 18, 2024, the Court ordered a stay of this action against Wellpath only, pursuant to 11 U.S.C. § 362(a), and that the action proceed against the remaining defendants.[1] (ECF No. 47.) The Court also ordered that the Court be provided notice within thirty (30) days of the conclusion of the bankruptcy action. (Id. at 2.)

Given six months have passed since this action was stayed against Wellpath and a new appearance has been entered by counsel for Wellpath, the Court shall order that Wellpath file a notice informing the Court of the status of the bankruptcy proceedings.

---

[1] On February 12, 2025, an informal status conference was held in this matter regarding a request by the parties to stay the entire action pending the bankruptcy proceedings. (ECF No. 57.) At the conference, the Court informed the parties that it was not inclined to stay the entire action. Instead, the Court found good cause to continue the non-expert discovery deadline from February 10, 2025 to June 13, 2025 and vacate all remaining dates in the scheduling order. (ECF No. 58 (noting "[a]ny further extensions to the nonexpert discovery deadline must be requested prior to the expiration of the June 13, 2025 deadline and be supported by good cause").)

1

Accordingly, IT IS HEREBY ORDERED that Defendant Wellpath, LLC shall file a notice informing the Court of the status of the bankruptcy action **on or before June 13, 2025**.

IT IS SO ORDERED.

Dated: **June 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge