# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF TULARE, et al., <br><br> Defendants. | Case No.  1:23-cv-01265-KES-SAB <br><br> ORDER GRANTING AUSTIN R. KESSLER'S *PRO HAC VICE* APPLICATION <br><br> (ECF No. 71) |

Before the Court is the application of Austin R. Kessler—attorney for Defendants Wellpath, LLC, and Alla Liberstein, M.D.—for admission to practice *pro hac vice*.  L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  __**June 2, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge