# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>    Defendants. | Case No.  1:23-cv-01265-KES-SAB<br><br>ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 73) |

On June 17, 2026, the parties filed a stipulation to allow Plaintiffs to file a second amended complaint in this action to substitute Wellpath Liquidating Trust for Wellpath, LLC, and California Forensic Medical Group, Inc. for DOE Defendant 6.  (ECF No. 73.)  Pursuant to the stipulation of the parties and good cause appearing, the Court approves the stipulation and ORDERS that Plaintiffs shall have through **June 24, 2026**, to file a second amended complaint.

IT IS SO ORDERED.

Dated:  **June 22, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1