# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Defendants. | Case No. 1:23-cv-01265-KES-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 76) |

Before the Court is the parties' stipulation to modify the Court's scheduling order. (ECF No. 76.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

1. Close of Non-Expert Discovery:     February 19, 2027
2. Expert Disclosures:     April 23, 2027
3. Rebuttal Expert Disclosures:     May 21, 2027
4. Close of Expert Discovery:     June 16, 2027
5. Disposition Motion Deadline:     September 14, 2027
6. Final Pretrial Conference:     January 24, 2028, at 1:30 p.m.
7. Trial:     March 28, 2028, at 8:30 a.m.

IT IS SO ORDERED.

Dated:     **June 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge