# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIFFANY FAHRNI, et al.,

Plaintiffs,

v.

COUNTY OF TULARE, et al.,

Defendants.

Case No. 1:23-cv-01265-KES-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC., TO FILE A RESPONSE TO THE SECOND AMENDED COMPLAINT

(ECF No. 87)

Before the Court is as stipulation from the parties regarding an extension of time in which Defendant California Forensic Medical Group, Inc., may answer the second amended complaint. For good cause shown, the Court approves the stipulation and ORDERS that said Defendant shall have through **September 9, 2026**, to answer or otherwise respond to the operative complaint.[1]

IT IS SO ORDERED.

Dated: **August 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] The parties have also stipulated that Plaintiffs shall have an additional 14 days to file an opposition if a motion to dismiss is filed. At this time, the Court declines to approve that aspect of the stipulation because it is speculative and not completely clear. That said, the parties remain free to stipulate to a briefing schedule should a motion to dismiss in fact be filed.