# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF TULARE, et al.,<br>Defendants. | Case No. 1:23-cv-01265-KES-SAB<br><br>ORDER REGARDING STIPULATION ON BRIEFING SCHEDULE<br><br>(ECF No. 92) |

Before the Court is a stipulation from the parties regarding an extension of time in which Plaintiffs may file an opposition to the motion to dismiss. (ECF No. 92.) For good cause shown, the Court approves the stipulation and ORDERS that said Plaintiffs shall have through **October 7, 2026**, to file their opposition. Defendants' reply shall be governed by Local Rule.

IT IS SO ORDERED.

Dated: **September 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge