# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF TULARE, et al.,<br>Defendants. | Case No. 1:23-cv-01265-KES-SAB<br><br>ORDER VACATING NOVEMBER 4, 2026 HEARING ON DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S MOTION TO DISMISS<br><br>(ECF No. 94) |

On September 9, 2026, Defendant California Forensic Medical Group, Inc. ("CFMG") filed a motion to dismiss Plaintiff's Second Amended Complaint. (ECF No. 89.) The motion was referred to the undersigned for the preparation of findings and recommendations and a hearing was set for November 4, 2026. (ECF Nos. 90, 91.) On October 7, 2026, Plaintiffs and Defendant CMFG filed a stipulation indicating that they have agreed to resolve the motion. (ECF No. 94.) Plaintiffs and Defendant CMFG therefore request that CMFG's motion to dismiss be taken off calendar, that Plaintiffs be relieved of the obligation to file an opposition to the motion, and that the November 4, 2026 hearing be vacated. (Id.)

Accordingly, pursuant to the stipulation and for good cause shown, the Court approves the stipulation and HEREBY ORDERS that:

1. Defendant CMFG's motion to dismiss (ECF No. 89) is TAKEN OFF CALENDAR, and the hearing set for November 4, 2026 on Defendant CMFG's motion to dismiss (ECF No. 91) is VACATED; and

2. Plaintiffs need not file an opposition to the motion, and the October 7, 2026 deadline to file one (ECF No. 93) is VACATED.

IT IS SO ORDERED.

Dated: **October 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge