# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FAHRNI, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF TULARE, et al.,<br>Defendants. | Case No. 1:23-cv-01265-KES-SAB<br>ORDER RE: STIPULATION GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT<br>(ECF No. 95) |

Before the Court is the parties' stipulation to allow Plaintiffs to file a third amended complaint in this action. (ECF No. 95.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to file a third amended complaint;
2. Plaintiffs shall file a third amended complaint within **five (5) days** of the date of entry of this order; and
3. Defendants shall file a responsive pleading to Plaintiffs' third amended complaint within **fourteen (14) days** of the date of filing of the third amended complaint.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge